UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **MIRNA E. SERRANO,** *et al.*, | Case No. 4:04-CV-40132 |
| Plaintiffs, | Honorable Paul V. Gadola |
| | Magistrate Judge Donald A. Scheer |
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | |
| Plaintiff-Intervenor | |
| -v- | |
| **CINTAS CORPORATION,** | |
| Defendant. | **STIPULATION AND ORDER GRANTING DEFENDANT CINTAS CORPORATION'S REQUEST TO FILE A CONSOLIDATED REPLY BRIEF IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT ON ALL CLAIMS BROUGHT ON BEHALF OF CLASS MEMBERS APPLYING OUTSIDE THE STATE OF MICHIGAN** |
| *Consolidated for Pre-Trial Proceedings with:* | |
| **BLANCA NELLY AVALOS,** *et al.*, | |
| Plaintiffs, | |
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | |
| Plaintiff-Intervenor, | |
| -v- | |
| **CINTAS CORPORATION,** | |
| Defendant. | |

The *Serrano* Plaintiffs, the *Avalos* Plaintiffs, the Equal Employment Opportunity Commission, and Cintas Corporation, by and through their respective counsel, hereby stipulate and agree that Cintas Corporation may file a consolidated reply brief in support of its Motion For Summary Judgment (Doc. 338) not to exceed ten pages in length. The parties further stipulate that this consolidated reply will be due on or before April 21, 2007.

Entry of Order stipulated to by:

Dated:                    s/ Bill Lee (per email authorization)_____
                          Bill Lann Lee (CA SB #108452)
                          LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
                          1330 Broadway, Suite 1800
                          Oakland, CA 94612
                          (510) 839-6824 (telephone)
                          (510) 839-7839 (facsimile)


Dated:                    s/ Roberta L. Steele_(per email authorization)_____
                          Roberta L. Steele (CA SB #188198)
                          rls@gdblegal.com
                          Morris J. Baller (CA SB #048928)
                          mjb@gdblegal.com
                          Joseph E. Jaramillo (CA SB #178566)
                          jej@gdblegal.com
                          GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN
                          300 Lakeside Drive, Suite 1000
                          Oakland, CA 94612
                          (510) 763-9800 (telephone)
                          (510) 835-1417 (facsimile)


Dated:                    s/ Kenneth Bird_(per email authorization)_____
                          Kenneth Bird (IN)
                          kenneth.bird@eeoc.gov
                          EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
                          101 West Ohio Street, Suite 1900
                          Indianapolis, Indiana 46204-4203
                          (317) 226-7202 (telephone)
                          (317) 226-5571 (facsimile)

Dated: s/Gregory M. Utter_____
Gregory M. Utter (OH SB #0032528)
gmutter@kmklaw.com
KEATING MUETHING & KLEKAMP, PLL
One East Fourth Street, Suite 1400
Cincinnati, Ohio 45202
(513) 579-6540 (telephone)
(513) 579-6457 (facsimile)

## **ORDER**

**IT IS SO ORDERED** this \_\_th day of April, 2008.

_____
Hon. Donald A. Scheer
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that true and exact copies of the foregoing have been served on the following counsel via CM/ECF electronic filing this 17th day of April, 2006.

| | |
|---|---|
| William G. Tishkoff<br>Tishkoff & Associates, PLLC<br>407 North Main Street<br>Ann Arbor, Michigan  48104-1158 | James K. Fett<br>Fett & Fields, P.C.<br>805 East Main<br>Pinckney, Michigan  48169 |
| Bill Lann Lee<br>Lewis, Feinberg, Lee, Renaker & Jackson, P.C.<br>1330 Broadway<br>Suite 1800<br>Oakland, California  94612 | Rachael Geman<br>Allison Elgart<br>Lieff, Cabraser, Heimann & Bernstein, LLP<br>780 Third Avenue<br>48th Floor<br>New York, New York  10017-2024 |
| Richard T. Seymour<br>Law Office of Richard T. Seymour<br>1150 Connecticut Avenue, N.W.<br>Suite 900<br>Washington, DC  20036-4129 | Theodore R. Opperwall<br>Kienbaum Opperwall Hardy & Pelton, PLC<br>280 North Old Woodward Avenue<br>Suite 400<br>Birmingham, Michigan  48009 |
| Nancy L. Abell<br>Elena R. Baca<br>Heather A. Morgan<br>Paul Hastings Janofsky & Walker, LLP<br>515 South Flower Street<br>25th Floor<br>Los Angeles, California  90071-2228 | Laurie A. Young<br>Michelle Eisele<br>Kenneth Bird<br>Equal Employment Opportunity Commission<br>101 West Ohio Street<br>Suite 1900<br>Indianapolis, Indiana  46204 |
| Judson Miner<br>Sarah Siskind<br>Nancy Maldonado<br>Miner Barnhill & Galland<br>14 W. Erie Street<br>Chicago, Illinois  60610 | Morris J. Baller<br>Roberta L. Steele<br>Goldstein Demchak Baller Borgen & Dardarian<br>300 Lakeside Drive<br>Suite 1000<br>Oakland, California  94612 |

            s/ Gregory M. Utter
            Gregory M. Utter

2461143.1