# UNITED STATES DISTRICT COURT
## IN THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **MIRNA E. SERRANO,** *et al.*, | ) | **Case No. 4:04-CV-40132** |
| | ) | |
| **Plaintiffs,** | ) | **Honorable Paul V. Gadola** |
| | ) | **Magistrate Judge Donald A. Scheer** |
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff-Intervenor** | ) | |
| **-v-** | ) | |
| | ) | |
| | ) | |
| **CINTAS CORPORATION,** | ) | |
| | ) | **STIPULATION AND ORDER** |
| **Defendant.** | ) | **GRANTING DEFENDANT CINTAS** |
| | ) | **CORPORATION'S REQUEST TO** |
| ***Consolidated for Pre-Trial Proceedings with:*** | ) | **FILE A CONSOLIDATED REPLY** |
| | ) | **BRIEF IN SUPPORT OF ITS MOTION** |
| **BLANCA NELLY AVALOS,** *et al.*, | ) | **FOR SUMMARY JUDGMENT ON** |
| | ) | **ALL CLAIMS BROUGHT ON** |
| **Plaintiffs,** | ) | **BEHALF OF CLASS MEMBERS** |
| | ) | **APPLYING OUTSIDE THE STATE OF** |
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | ) | **MICHIGAN** |
| | ) | |
| **Plaintiff-Intervenor,** | ) | |
| **-v-** | ) | |
| | ) | |
| **CINTAS CORPORATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |

The *Serrano* Plaintiffs, the *Avalos* Plaintiffs, the Equal Employment Opportunity Commission, and Cintas Corporation, by and through their respective counsel, hereby stipulate and agree that Cintas Corporation may file a consolidated reply brief in support of its Motion For Summary Judgment (Doc. 338) not to exceed ten pages in length. The parties further stipulate that this consolidated reply will be due on or before April 21, 2007.

Entry of Order stipulated to by:


Dated:          s/ Bill Lee (per email authorization)_____
                    Bill Lann Lee (CA SB #108452)
                    LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
                    1330 Broadway, Suite 1800
                    Oakland, CA 94612
                    (510) 839-6824 (telephone)
                    (510) 839-7839 (facsimile)


Dated:          s/ Roberta L. Steele_(per email authorization)_____
                    Roberta L. Steele (CA SB #188198)
                    rls@gdblegal.com
                    Morris J. Baller (CA SB #048928)
                    mjb@gdblegal.com
                    Joseph E. Jaramillo (CA SB #178566)
                    jej@gdblegal.com
                    GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN
                    300 Lakeside Drive, Suite 1000
                    Oakland, CA 94612
                    (510) 763-9800 (telephone)
                    (510) 835-1417 (facsimile)


Dated:          s/ Kenneth Bird  (per email authorization)_____
                    Kenneth Bird (IN)
                    kenneth.bird@eeoc.gov
                    EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
                    101 West Ohio Street, Suite 1900
                    Indianapolis, Indiana 46204-4203
                    (317) 226-7202 (telephone)
                    (317) 226-5571 (facsimile)

Dated:                  s/Gregory M. Utter
                        Gregory M. Utter (OH SB #0032528)
                        gmutter@kmklaw.com
                        KEATING MUETHING & KLEKAMP, PLL
                        One East Fourth Street, Suite 1400
                        Cincinnati, Ohio 45202
                        (513) 579-6540 (telephone)
                        (513) 579-6457 (facsimile)


## **ORDER**

**IT IS SO ORDERED** this 18th day of April, 2008.


                        s/Donald A. Scheer
                        Hon. Donald A. Scheer
                        United States Magistrate Judge