UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TANESHA DAVIS, | Case No. 06-CV-12311 |
| Plaintiff, | HONORABLE SEAN F. COX |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | STIPULATED ORDER FOR CONTINUANCE OF THE OCTOBER 28, 2013 STATUS CONFERENCE TO JANUARY 14, 2014 AT 2:00 PM |
| Plaintiff-Intervenor, | |
| vs. | |
| CINTAS CORPORATION, an Ohio Corporation, | |
| Defendant. | |

# STIPULATED ORDER FOR CONTINUANCE OF THE OCTOBER 28, 2013 STATUS CONFERENCE TO JANUARY 14, 2014 AT 2:00 PM

WHEREAS the Court has scheduled a Status Conference as to Case #06-12311 for October 28, 2013, at 2:00 p.m. before District Judge Sean F. Cox;

WHEREAS attorney Judd Miner, lead counsel for Plaintiff Tanesha Davis, will be in trial on October 28; and

WHEREAS, as of this date, Kenneth Bird, counsel for the Equal Employment Opportunity Commission, is off of work due to the federal government furlough;

THEREFORE IT IS STIPULATED AND AGREED THAT:

1. The status conference scheduled for October 28, 2013, will be rescheduled to January 13, 2014 at 2:00 p.m.;

2. The parties, through their counsel, shall continue the meet and confer process they have begun in an effort to narrow the issues and/or parties in the case; and

3. The parties shall file a status report with the Court by December 16, 2013, setting forth:

   (i) the status of their efforts to narrow the issues and/or parties in the case; and

   (ii) a proposed calendar through the trial of the issues that remain.

1

Respectfully submitted:

*Attorney for Plaintiff*  
**TANESHA DAVIS**

By:  /s/ Judd Miner  
Judson H. Miner (IL SB #10925237)  
MINER, BARNHILL & GALLAND, P.C.  
14 W. Erie Street  
Chicago, IL 60654  
Telephone:   (312) 751-1170  
Facsimile:    (312) 751-0438  
jminer@lawmbg.com

*Attorney for Plaintiff-Intervenor*  
**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

By:  /s/ Kenneth L. Bird  
Kenneth L. Bird (IN SB #10780-02)  
Senior Trial Attorney  
Suite 1900  
101 W. Ohio Street  
Indianapolis, IN 46204-4239  
Telephone:   (317) 226-7404  
Facsimile:    (317) 226-5571  
Kenneth.bird@EEOC.gov

*Attorney for Defendant*  
**CINTAS CORPORATION**

By:  /s/ Nancy L. Abell  
Nancy L. Abell (CA SB #88785)  
PAUL HASTINGS LLP  
Twenty-Fifth Floor  
515 South Flower Street  
Los Angeles, CA 90071-2228  
Telephone:   (213) 683-6000  
Facsimile:    (213) 627-0705  
nancyabell@paulhastings.com

## ORDER

## STIPULATED ORDER FOR CONTINUANCE OF THE OCTOBER 28, 2013 STATUS CONFERENCE TO JANUARY 14, 2014 AT 2:00 PM AS SET FORTH HEREIN

Based on the foregoing stipulation of the parties, IT IS HEREBY ORDERED that the status conference set for October 28, 2013 shall be continued to January 14, 2014 at 2:00 PM and the parties shall file a status report with the Court by December 16, 2013 as set forth herein.

Dated: October ___, 2013

                                                Sean F. Cox
                                                U.S. District Judge

## PROOF OF SERVICE VIA ELECTRONIC MAIL

I, Nancy L. Abell, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 515 South Flower Street, Twenty-Fifth Floor, Los Angeles, California 90071-2228.

On this ___ day of October 2013, I served a copy of the foregoing document(s):

**STIPULATED ORDER FOR STAY AS SET FORTH HEREIN**



**VIA ELECTRONIC MAIL:**
I electronically filed such document(s) with the Clerk of the Court using the ECF system which will send notification of such filing to the parties listed on the attached Service List. **[Permitted by Joint Case Management Statement and Order.]**

Please see SERVICE LIST attached hereto.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on the ___ day of October, 2013, at Los Angeles, California.

By: /s/ Nancy L. Abell
Nancy L. Abell
PAUL HASTINGS LLP
Attorneys for Defendant CINTAS CORPORATION
515 South Flower Street, 25th Floor
Los Angeles, CA 90071-2228
(213) 683-6000
nancyabell@paulhastings.com
SB #88785

**SERVICE LIST**
*Serrano* **Consolidated for Pre-Trial Proceedings**
**USDC, Eastern District of Michigan, Case No. 04-CV-40132 and Case No. 06-CV-12311**

| | |
|---|---|
| Sarah Siskind (WI SB #1004902)<br>siskind@lawmbg.com<br>Scott A. Entin<br>sentin@lawmbg.com<br>MINER, BARNHILL & GALLAND, P.C.<br>803 East Mifflin<br>Madison, WI 53703<br>Telephone:     (608) 255-5200<br>Facsimile:      (608) 255-5380 | ATTORNEYS FOR PLAINTIFF<br>*TANESHA DAVIS* |
| Roberta L. Steele (CA SB 18811980)<br>GOLDSTEIN, BORGEN, DARDARIAN & HO<br>300 Lakeside Drive, Suite 1000<br>Oakland, CA 94612<br>Telephone:     (608) 255-5200<br>Facsimile:      (608) 255-5380 | ATTORNEYS FOR PLAINTIFF<br>*TANESHA DAVIS* |
| William G. Tishkoff (MI SB #P45165)<br>will@tishkofflaw.com<br>Jennifer L. Brant<br>Jennifer@tishkofflaw.com<br>TISHKOFF & ASSOCIATES PLLC<br>Second Floor<br>407 North Main Street<br>Ann Arbor, MI 48104-1158<br>Telephone:     (734) 663-4077<br>Facsimile:      (734) 665-1613 | ATTORNEYS FOR *SERRANO*<br>PLAINTIFFS |

**SERVICE LIST**
*Serrano* Consolidated for Pre-Trial Proceedings
**USDC, Eastern District of Michigan, Case No. 04-CV-40132 and Case No. 06-CV-12311**

| | |
|---|---|
| Laurie A. Young (IN SB #11480-49)<br>laurie.young@eeoc.gov<br>Kenneth Bird (IN SB #10780-02)<br>kenneth.bird@eeoc.gov<br>Michelle Eisele<br>michelle.eisele@eeoc.gov<br>Miles Shultz<br>miles.shultz@eeoc.gov<br>Jonathan Bryant (IN SB #24112-49)<br>jonathan.bryant@eeoc.gov<br>UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>101 West Ohio Street, Suite 1900<br>Indianapolis, Indiana 46204-4203<br>Telephone:    (317) 226-7202<br>Facsimile:    (317) 226-5571 | ATTORNEYS FOR PLAINTIFF-INTERVENOR |
| Gregory M. Utter<br>gmutter@kmklaw.com<br>Rachael A. Rowe<br>rrowe@kmklaw.com<br>Christy M. Nageleisen-Blades<br>cnageleisenblades@kmklaw.com<br>Benjamin G. Stewart<br>bgstewart@kmklaw.com<br>KEATING MUETHING & KLEKAMP, PLL<br>One East Fourth Street, Suite 1400<br>Cincinnati, OH 45202<br>Telephone:    513-579-6540<br>Facsimile:    513-579-6457 | ATTORNEYS FOR DEFENDANT CINTAS CORPORATION |
| Theodore R. Opperwall (MI SB #P31374)<br>topperwall@kohp.com<br>KIENBAUM, OPPERWALL, HARDY & PELTON, PLC<br>280 North Old Woodward Avenue, Suite 400<br>Birmingham, MI 48009<br>Telephone:    (248) 645-0000<br>Facsimile:    (248) 645-1385 | ATTORNEYS FOR DEFENDANT CINTAS CORPORATION |