UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TANESHA DAVIS, | Case No. 06-CV-12311 |
| Plaintiff, | HONORABLE SEAN F. COX |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | JOINT STATUS CONFERENCE REPORT |
| Plaintiff-Intervenor, | Status Conference Date:  January 14, 2014<br>Time:  2:00 p.m.<br>Courtroom:  Hon. Sean F. Cox |
| vs. | |
| CINTAS CORPORATION, an Ohio Corporation, | |
| Defendant. | |

# JOINT STATUS CONFERENCE REPORT

## AS TO STATUS CONFERENCE SET FOR JANUARY 14, 2014 AT 2:00 PM

The parties expect to file a request for dismissal with prejudice no later than January 10, 2014.

Dated:  December 16, 2013

*Attorney for Plaintiff*
**TANESHA DAVIS**

By:     /s/ Judd Miner
Judson H. Miner (IL SB #10925237)
MINER, BARNHILL & GALLAND, P.C.
14 W. Erie Street
Chicago, IL 60654
Telephone:     (312) 751-1170
Facsimile:     (312) 751-0438
jminer@lawmbg.com


*Attorney for Defendant*
**CINTAS CORPORATION**

By:     /s/ Nancy L. Abell
Nancy L. Abell (CA SB #88785)
PAUL HASTINGS LLP
Twenty-Fifth Floor
515 South Flower Street
Los Angeles, CA 90071-2228
Telephone:     (213) 683-6000
Facsimile:     (213) 627-0705
nancyabell@paulhastings.com

## PROOF OF SERVICE VIA ELECTRONIC MAIL

I, Nancy L. Abell, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action.  My business address is 515 South Flower Street, Twenty-Fifth Floor, Los Angeles, California  90071-2228.

On this 16th day of December 2013, I served a copy of the foregoing document(s):

**JOINT STATUS CONFERENCE REPORT**



**VIA ELECTRONIC MAIL:**
I electronically filed such document(s) with the Clerk of the Court using the ECF system which will send notification of such filing to the parties listed on the attached Service List**.  [Permitted by Joint Case Management Statement and Order.]**

Please see SERVICE LIST attached hereto.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on the 16th day of December, 2013, at Los Angeles, California.

By:    /s/ Nancy L. Abell
Nancy L. Abell
PAUL HASTINGS LLP
Attorneys for Defendant CINTAS CORPORATION
515 South Flower Street, 25th Floor
Los Angeles, CA 90071-2228
(213) 683-6000
nancyabell@paulhastings.com
SB #88785

**SERVICE LIST**
*Serrano* **Consolidated for Pre-Trial Proceedings**
**USDC, Eastern District of Michigan, Case No. 04-CV-40132 and Case No. 06-CV-12311**

| | |
|---|---|
| Sarah Siskind (WI SB #1004902)<br>siskind@lawmbg.com<br>Scott A. Entin<br>sentin@lawmbg.com<br>MINER, BARNHILL & GALLAND, P.C.<br>803 East Mifflin<br>Madison, WI 53703<br>Telephone:     (608) 255-5200<br>Facsimile:      (608) 255-5380 | ATTORNEYS FOR PLAINTIFF<br>*TANESHA DAVIS* |
| Roberta L. Steele (CA SB 18811980)<br>GOLDSTEIN, BORGEN, DARDARIAN & HO<br>300 Lakeside Drive, Suite 1000<br>Oakland, CA 94612<br>Telephone:     (608) 255-5200<br>Facsimile:      (608) 255-5380 | ATTORNEYS FOR PLAINTIFF<br>*TANESHA DAVIS* |
| William G. Tishkoff (MI SB #P45165)<br>will@tishkofflaw.com<br>Jennifer L. Brant<br>Jennifer@tishkofflaw.com<br>TISHKOFF & ASSOCIATES PLLC<br>Second Floor<br>407 North Main Street<br>Ann Arbor, MI 48104-1158<br>Telephone:     (734) 663-4077<br>Facsimile:      (734) 665-1613 | ATTORNEYS FOR *SERRANO*<br>PLAINTIFFS |

## SERVICE LIST
### *Serrano* Consolidated for Pre-Trial Proceedings
### USDC, Eastern District of Michigan, Case No. 04-CV-40132 and Case No. 06-CV-12311

| | |
|---|---|
| Laurie A. Young (IN SB #11480-49)<br>laurie.young@eeoc.gov<br>Kenneth Bird (IN SB #10780-02)<br>kenneth.bird@eeoc.gov<br>Michelle Eisele<br>michelle.eisele@eeoc.gov<br>Miles Shultz<br>miles.shultz@eeoc.gov<br>Jonathan Bryant (IN SB #24112-49)<br>jonathan.bryant@eeoc.gov<br>UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>101 West Ohio Street, Suite 1900<br>Indianapolis, Indiana 46204-4203<br>Telephone:     (317) 226-7202<br>Facsimile:       (317) 226-5571 | ATTORNEYS FOR PLAINTIFF-INTERVENOR |
| Gregory M. Utter<br>gmutter@kmklaw.com<br>Rachael A. Rowe<br>rrowe@kmklaw.com<br>Benjamin G. Stewart<br>bgstewart@kmklaw.com<br>KEATING MUETHING & KLEKAMP, PLL<br>One East Fourth Street, Suite 1400<br>Cincinnati, OH 45202<br>Telephone:    513-579-6540<br>Facsimile:      513-579-6457 | ATTORNEYS FOR DEFENDANT CINTAS CORPORATION |
| Theodore R. Opperwall (MI SB #P31374)<br>topperwall@kohp.com<br>KIENBAUM, OPPERWALL, HARDY & PELTON, PLC<br>280 North Old Woodward Avenue, Suite 400<br>Birmingham, MI 48009<br>Telephone:     (248) 645-0000<br>Facsimile:       (248) 645-1385 | ATTORNEYS FOR DEFENDANT CINTAS CORPORATION |